**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                                                        CASE NO. 14-30117-KKS
                                                                                    CHAPTER 13

MARK ALLEN AVERY
PENNY NELSON AVERY

_____ Debtors _____ /

**CHAPTER 13 TRUSTEE'S**
**WITHDRAWAL OF MOTION TO DISMISS**

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby withdraws her Motion to Dismiss as being moot.

**RESPECTFULLY SUBMITTED.**

/s/ Leigh D. Hart or
/s/ William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL  32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

MARK ALLEN AVERY
3312 DUNAWAY LANE
PENSACOLA, FL 32526

PENNY NELSON AVERY
3312 DUNAWAY LANE
PENSACOLA, FL 32526

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

1/28/2019

/s/ Leigh D. Hart or
/s/ William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE