United States Bankruptcy Court
Northern District of Florida

In re:  
Mark Allen Avery  
Penny Nelson Avery  
      Debtors

Case No. 14-30117-KKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1129-3     User: akenningt     Page 1 of 1     Date Rcvd: Feb 22, 2019  
                    Form ID: pdf002     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2019.
```
db/jdb         +Mark Allen Avery,    Penny Nelson Avery,    3312 Dunaway Lane,    Pensacola, FL 32526-9326
cr             +TD Auto Finance LLC,    c/o Bert Echols,    1000 Ridgeway Loop Road Suite 200,
                 Memphis, TN 38120-4036
               +TD Auto Finance, LLC,    c/o Stephen W. Goodrich, Esq.,    342 S. Main St.,
                 Rochester, MI 48307-2030
1908382         TD Auto Finance, LLC,    c/o Bert Echols, Esquire,    1000 Ridgeway Loop Rd., Suite 200,
                 Memphis, TN 38120-4036
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
op             +E-mail/Text: cmecf@dilksknopik.com Feb 23 2019 02:13:06     Dilks & Knopik, LLC,
                 35308 SE Center St,    Snoqualmie, WA 98065-9216
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2019 at the address(es) listed below:
```
          Bert J. Echols    on behalf of Creditor    TD Auto Finance LLC bechols@evanspetree.com,
           sbruce@evanspetree.com
          Leigh D. Hart    ldhdock@earthlink.net,    ldhtre@earthlink.net;ldhadmin@earthlink.net
          Leigh D. Hart    on behalf of Trustee Leigh D. Hart ldhdock@earthlink.net,
           ldhtre@earthlink.net;ldhadmin@earthlink.net
          Martin S. Lewis    on behalf of Debtor Mark Allen Avery landj@4-debtor.com
          Martin S. Lewis    on behalf of Joint Debtor Penny Nelson Avery landj@4-debtor.com
          Steven D. Jurnovoy    on behalf of Joint Debtor Penny Nelson Avery landj@4-debtor.com
          Steven D. Jurnovoy    on behalf of Debtor Mark Allen Avery landj@4-debtor.com
          United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:

MARK ALLEN AVERY &
PENNY NELSON AVERY

Case No.: 14-30117-KKS
Chapter 13

     Debtors.     /

## ORDER DISAPPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS (Doc. 68)

THIS CASE came on for consideration of the Application for Payment of Unclaimed Funds (the "Application," Doc. 68) submitted by Dilks & Knopik, LLC, as Applicant. The Application fails to fulfill the requirements of 28 U.S.C. § 2042.[1] It is

ORDERED:

The Application for Payment of Unclaimed Funds (Doc. 68) is DISAPPROVED without prejudice for the following reason(s):

---

[1] 28 U.S.C.§2042 states in pertinent part: ". . . Any claimant entitled to any such money may, on petition to the court and upon notice to the United States attorney and full proof of the right thereto, obtain an order directing payment to him."

☐ The Applicant used application forms not authorized by this Court. The correct forms can be found on the Court's website: https://ecf.flnb.uscourts.gov/ucfunds/

☐ The Applicant is missing page ____ of the official forms.

☐ Proof of service is deficient upon the Office of the United States Attorney at:

- (Gainesville, Tallahassee, and Panama City Divisions) 111 N. Adams St., 4th Floor, Tallahassee, FL 32301
- (Pensacola Division) 21 E. Garden St., Ste. 400, Pensacola, FL 32502

☐ The last four digits of the Applicant's Social Security Number or Tax Identification Number were not provided.

☐ A copy of the individual Applicant's photo identifications was not provided or was illegible.

☐ A copy of the officer of the corporate Applicant's photo identification and proof of employment was not provided or was illegible.

☐ Notarized signatures of the Applicant were not provided.

☐ Applicant's name, address and telephone number were not provided.

☐ No explanation/incorrect explanation of the right of the Applicant to the unclaimed funds was provided.

☐ The Applicant selected the incorrect box on pg. 1 of the Application indicating how Applicant is entitled to the funds.

☐ The Applicant did not supply a notarized original Power of Attorney.

☐ The Corporate Applicant failed to provide a notarized corporate power of attorney signed by an officer of the company and a statement of the signing officer's authority.

☐ The Corporate Applicant has not provided current proof of the authorized representative's authority to pursue the unclaimed funds.

☐ The names of the Applicant claiming the unclaimed funds does not match the name of the original creditor as found on the proof of claim or Notice of Payment of Unclaimed Funds.

☐ The Applicant did not supply sufficient documentation evidencing the transfer of the claim or proof of purchase/sale of the assets.

☐ The amount of funds requested does not match the amount held in the court registry.

☐ There are no funds on deposit in the names of the Applicant.

[X]   Other [It appears that the incorrect name is listed as the Applicant on pg. 1 of the Application.]

There may be other issues with the Application. The Court reserves jurisdiction to ensure any subsequent applications comply with the requirements to receive unclaimed funds.

DONE and ORDERED on    February 22, 2019                    .

*/s/ Karen K. Specie*

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Copies to:
All parties in interest

TD Auto Finance, LLC
c/o Stephen W. Goodrich, Esq.
342 S. Main St.
Rochester, MI 48307

4